# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL CHARLES NATOLI, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-cv-01242-AGF |
| DEAN KELLY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Michael Charles Natoli's response to the Court's January 22, 2021 order to provide adequate service information with regard to defendant Dean Kelly. (Docket No. 19). The Court had directed plaintiff to provide the information after the United States Marshals Service (USMS) returned the summons on defendant Kelley unexecuted. (Docket No. 16; Docket No. 18).

In his response, plaintiff states that the correct identity of Dean Kelly is actually Dionne Kelley, who plaintiff alleges is a nurse who works for the Phelps County Jail. (Docket No. 19 at 1). Plaintiff requests that Dionne Kelley be served at the Phelps County Jail, 500 West 2nd Street, Rolla, Missouri 65401.

Based on this information, the Court will direct the Clerk of Court to substitute defendant Dionne Kelley for defendant Dean Kelly, and to remove defendant Dean Kelly from the docket. Furthermore, the Court will direct the Clerk of Court to issue process on defendant Dionne Kelley in her individual capacity as to plaintiff's claim of deliberate indifference to medical needs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall substitute defendant Dionne Kelley for defendant Dean Kelly, and remove defendant Dean Kelly from the docket.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue process or cause process to issue on defendant Dionne Kelley in her individual capacity as to plaintiff's claim of deliberate indifference to his medical needs.

**IT IS FURTHER ORDERED** that defendant Dionne Kelley shall be served at her place of employment, which is the Phelps County Jail, 500 West 2nd Street, Rolla, Missouri 65401.

Dated this 8th day of February 2021.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE